VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Juliana R. Regan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIANA R. REGAN,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A (aka CHASE), CACH, LLC., EXPERIAN INFORMATION SERVICES, INC. and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 2:17-cv-00216-GMN-PAL<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff and Defendant JPMORGAN CHASE BANK, N.A (aka CHASE), CACH, LLC., EXPERIAN INFORMATION SERVICES, INC. and EQUIFAX INFORMATION SERVICES LLC by and through their counsel, give notice that those Parties have reached an agreement to settle all claims against EQUIFAX in this litigation. The Parties are preparing settlement documents and release which will include a Stipulation for Dismissal with Prejudice and an accompanying Order of

/ / /

Dismissal with Prejudice.  The Parties anticipate that the documentation and settlement should be complete within the next sixty (60) days.

DATED this 25th day of September, 2017

THE LAW OFFICE OF VERNON NELSON

By:    */s/ Vernon Nelson*
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV  89123
Tel:  702-476-2500
Fax:  702-476-2788
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff JULIANA R. REGAN*

**IT IS ORDERED** that the settling parties shall have until **November 24, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: September 26, 2017

Peggy A. Leen
United States Magistrate Judge