VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Juliana R. Regan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIANA R. REGAN,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A (aka CHASE), CACH, LLC., EXPERIAN INFORMATION SERVICES, INC. and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-00216-GMN-PAL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendants EXPERIAN INFORMATION SERVICES, INC. and JPMORGAN CHASE BANK, N.A (aka CHASE) by and through their counsel, give notice that those Parties have reached an agreement to settle all claims against EXPERIAN INFORMATION SERVICES, INC. and JPMORGAN CHASE BANK, N.A (aka CHASE) in this litigation. The Parties are preparing settlement documents and release which will include a Stipulation for Dismissal with Prejudice and an

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

accompanying Order of Dismissal with Prejudice. The Parties anticipate that the documentation and settlement should be complete within the next sixty (60) days.

DATED this 24 day of October, 2017

THE LAW OFFICE OF VERNON NELSON

By:     */s/ Vernon Nelson*
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff JULIANA R. REGAN*

**IT IS ORDERED** that:

1. The settling parties shall have until **December 26, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

2. Plaintiff shall have until **November 22, 2017**, for Plaintiff to file a status report addressing how she proposes to proceed with respect to the remaining defendant CACH, LLC who is in bankruptcy.

3. The scheduling conference currently set for October 26, 2017, at 9:30 a.m. is **VACATED**.

Dated this 24th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge