VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Juliana R. Regan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIANA R. REGAN, | Case No.: 2:17-cv-00216-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JPMORGAN CHASE BANK, N.A (aka CHASE), CACH, LLC., EXPERIAN INFORMATION SERVICES, INC. and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JULIANA R. REGAN, and Defendants, CACH, LLC, CHASE BANK USA, N.A. (incorrectly named as JPMORGAN CHASE BANK, N.A (aka CHASE)), EXPERIAN INFORMATION SERVICES, INC. and EQUIFAX INFORMATION SERVICES LLC, by and through their undersigned counsel of record and representation having been made, that the above-captioned and numbered matter having been amicably and finally settled between them, the entire action may be dismissed with prejudice.

///

///

///

///

1 | IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and
2 | costs.

4 | Dated: December ____, 2017.    Dated: December ___, 2017.
SNELL & WILMER L.L.P.            BALLARD SPAHR LLP

By: /s/                          By: /s/
Bob L. Olson (NV Bar No. 3783)   Joel E. Tasca (NV Bar No. 14124)
Charles E. Gianelloni (NV Bar No. 12747)   Lindsay Demaree (NV Bar No. 11949)
V.R. Bohman (NV Bar No. 13075    100 North City Parkway, Suite 1750
3883 Howard Hughes Parkway, Suite 1100   Las Vegas, NV 89106
Las Vegas, NV 89169              Telephone: (702) 471-7000
Telephone: (702) 784-5200        Facsimile: (702) 471-7070
Facsimile: (702) 784-5252        *Attorneys for Chase Bank USA, N.A.*
*Attorneys for Experian Information Solutions,*   *(incorrectly named as JP Morgan Chase*
*Inc.*                           *Bank, N.A.)*

Dated: September 12, 2017.       Dated: September 12, 2017.
SNELL & WILMER L.L.P.            THE LAW OFFICE OF VERNON
                                 NELSON
By: /s/
Bradley T. Austin (NV Bar No. 13064)   By: /s/ *Vernon Nelson*
38833 Howard Hughes Parkway, Suite 1100   Vernon A. Nelson, Jr., (NV Bar No. 6434)
Las Vegas, NV 89169              Margaret G. Foley (NV Bar No. 7703)
Telephone: (702) 784-5200        9480 S. Eastern Avenue, Suite 244
Facsimile: (702) 784-5252        Las Vegas, Nevada 89123
*Attorneys for Equifax Information Services, LLC*   Telephone: 702.476.2500
                                 Facsimile: 702.476-2788
                                 *Attorney for Plaintiff JULIANA R. REGAN*

                                 LEWIS ROCA
                                 ROTHGERBER CHRISTIE LLP

                                 By: _____/S/_____

                                 J Christopher Jorgensen
                                 3993 Howard Hughes Pkwy.
                                 Suite 600
                                 Las Vegas, NV 89169
                                 *Attorneys for Defendant CACH, LLC*

2

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 28 day of December, 2017

_____
DISTRICT COURT JUDGE